**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

```
_____FILED    _____ENTERED
_____LODGED   _____RECEIVED

     MAR 0 4 2026   LS

        AT SEATTLE
   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                      DEPUTY
```

**CLAUDIA PURCELL**,
Plaintiff,

v.

**BECU (Boeing Employees Credit Union)**,
Defendant.

Case No.: _____     **26-CV-00746-LK**

**COMPLAINT, REQUEST TO PROCEED IN FORMA PAUPERIS, AND DEMAND FOR JURY TRIAL**

*JURY TRIAL DEMANDED*

## I. INTRODUCTION

1. Plaintiff Claudia Purcell worked for Defendant BECU for approximately five years, demonstrating dedication, professionalism, and high performance.

2. Plaintiff brings this action for disability discrimination, interference with disability leave, retaliation for whistleblower activity, hostile work environment and harassment, failure to accommodate, and wrongful termination.

3. Relief is sought under:

   o Americans with Disabilities Act (ADA), 42 U.S.C. § 12101 et seq.

   o Title VII of the Civil Rights Act of 1964

   o Washington Law Against Discrimination (WLAD), RCW 49.60

   o Federal and state whistleblower protections

## II. JURISDICTION AND VENUE

4. This Court has jurisdiction under federal question statutes, including Title VII and the ADA.

5. Venue is proper because Plaintiff worked in Seattle, Washington, and Defendant conducts business in this district.

6. Plaintiff received a Notice of Right to Sue from the EEOC dated December 5, 2025. This complaint is filed within 90 days (Exhibit A).

## III. PLAINTIFF'S FINANCIAL STATUS (IN FORMA PAUPERIS)

7. Plaintiff is unemployed and was on long-term disability leave, without access to unemployment benefits.

8. She has exhausted retirement funds, maxed out credit cards, and borrowed money to meet living expenses.

9. Plaintiff participates in workforce programs and attends college to improve employability.

10. Plaintiff has no other meaningful savings or income.

11. Plaintiff received documentation from the Washington State Department of Social and Health Services (DSHS) verifying her financial status and eligibility for assistance, attached as **Exhibit H**.

12. Plaintiff respectfully requests leave to proceed **in forma pauperis** due to financial hardship, as documented in Exhibits H and prior financial statements.

## IV. FACTUAL BACKGROUND

### A. Employment History and Performance

13. Plaintiff worked for BECU for five years, consistently producing excellent results and receiving recognition letters and performance metrics (Exhibits B–F).

14. During the COVID-19 pandemic, Plaintiff worked on-site enforcing safety protocols.

15. Plaintiff transferred to a more challenging branch despite profound grief from the death of her son.

### B. Personal Loss and Disability Leave

16. Plaintiff's son tragically drowned in Lake Washington, causing severe emotional trauma.

17. Plaintiff took short-term and long-term disability leave. Upon returning, she faced hostility, harassment, denial of accommodation, and retaliation.

### C. Denial of Accommodation and Initial Manager Obstruction

18. Plaintiff requested a transfer as a reasonable accommodation due to trauma associated with her son's death.

19. The first manager, against whom Plaintiff had filed a whistleblower complaint, **initially denied the transfer**, stating: "You're okay; I didn't see any member making you feel depressed about your son's death, therefore you do not need any transfer."

20. Although a district manager supported the transfer, it was blocked after consultation with the first manager, disregarding Plaintiff's medical condition.

### D. Subsequent Harassment and Retaliation

21. After the transfer, Plaintiff faced harassment by a second manager who referenced her son's

death, repeatedly monitored her, and forced her to justify minor actions in humiliating meetings.

22. The team lead engaged in sexualized jokes and inappropriate gestures.

23. Selective scrutiny was applied to Plaintiff despite her long-standing record of performance.

24. Remote work involved harassment, system failures, denied training, and false policy violation accusations, even after HR was informed and advised accommodation.

25. Despite medical advice to limit contact with the harassing manager, the company continued to contact her, demonstrating retaliation.

**E. Termination**

26. Plaintiff was terminated via email on December 26, 2025, while on long-term disability leave, following whistleblower activity, accommodation requests, and repeated complaints about harassment and unsafe working conditions.

27. Termination occurred without proper investigation, in retaliation for protected activity, and caused emotional distress.

## V. CLAIMS FOR RELIEF

1. **Disability Discrimination** – ADA and WLAD

2. **Failure to Accommodate / Interference with Disability Leave** – ADA and WLAD

3. **Retaliation** – Whistleblower protections, Title VII, and WLAD

4. **Hostile Work Environment and Sexual Harassment** – Title VII and WLAD

5. **Wrongful Termination and Emotional Distress**

## VI. RELIEF REQUESTED

Plaintiff requests:

- Back pay, front pay, and compensation for lost benefits

- Compensatory damages for emotional distress

- Punitive damages for willful misconduct

- Attorney fees and costs

- Any additional relief the Court deems just and proper

Plaintiff demands a trial by jury.

## VII. EXHIBITS

- Exhibit A – EEOC Right to Sue Letter

- Exhibit B – Kudos Email from EVP / COO

- Exhibit C – Performance Statistics / Metrics

- Exhibit D – Kudos Email from Senior Contact Center Consultant

- Exhibit E – Member Experience Graphic / Max Performance

- Exhibit F – Email Recognition from Previous Manager

- Exhibit G – Medical Documentation (Spiral Fractured Toe)

- Exhibit H – DSHS Financial Documentation (Proof of Eligibility / Stamped Document)

**Respectfully submitted,**

*Claudia Purcell*

Claudia Purcell
**Pro Se Plaintiff**
Redmond, Washington
Date: 03.04.2026

2576 152nd AVE HE Apt. B 105
RED MOXID    WA
98 052

(425) 891-8880



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

**Seattle Field Office**
909 First Avenue, Suite 400
Seattle, WA 98104
(206) 576-3000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 12/05/2025

**To:** Claudia V. Purcell
2576 152 Ave NE Apt. B105
Redmond, WA 98052

Charge No: 551-2026-01134

EEOC Representative and email:    ELIZABETH CANNON
FIELD OFFICE DIRECTOR
ELIZABETH.CANNON@EEOC.GOV

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 551-2026-01134.

On behalf of the Commission,

Digitally Signed By:Elizabeth M. Cannon
12/05/2025

Elizabeth M. Cannon
Director

- **Exhibit B – KUDOS EMAIL FROM EVP, CHIEF OPERATING OFFICER**



**A Message from Scott:**
Thank you!

Claudia,

I've never been more excited for a new year like I am in 2021! As we're already seeing, 2021 will bring some challenges, but I am very optimistic it will be a better year for all of us. One thing remarkable about 2020 was how our employees took such great care of our members at a time when they needed it most, and that continues into 2021.

It's important that we hear directly from members, and I enjoy reading their NPS survey comments each month. This is what one member said about their experience with you:

*"The lady was so nice! I left feeling like she went above and way beyond! I have never felt like I like BECU more! I liked her so much!"* – Chandra Grier

Thank you for delivering a great member experience and making this member of promoter of BECU! It's always important for us to see the great work our employees do for our members. It's especially important to recognize your effort and impact under challenging circumstances.

Thank you!!!

In appreciation,

Scott Strand
EVP, Chief Operating Officer

Exhibit C – PERFORMANCE STATISTICS / METRICS

# Individual DB updated



Nelson, Brodie

To  aaa-NFC - Issaquah

Follow up.  Start by Tuesday, February 16, 2021.  Due by Tuesday,
You replied to this message on 2/18/2021 4:57 PM.

Action Items

From: Hilfiker, Karlene <Karlene.Hilfiker@becu.org>
Sent: Saturday, December 19, 2020 12:06 PM
To: Nelson, Brodie <brodie.nelson@becu.org>
Cc: Purcell, Claudia <Claudia.Purcell@becu.org>
Subject: Kudos to Claudia

Hello Brodie,

We received feedback/kudos in the contact center today for Claudia that I wanted to pass along to you.

Our member Andrew Eliquen PN 2556814 was assisted by Claudia today, she helped with check to see if it was valid and assisted with temporary checks, member appreciated how much this saved him in funds.  He mentioned he saw her have interaction with anothe member (possibly non-member) and he observed the people mocking Claudia's accent and generally being unkind.  Andrew wanted us to know how much he appreciated her remaining calm and he admired her interaction.

Thank you,

Karlene
_____



**Karlene Hilfiker**
*Senior Contact Center Consultant*

t 509-321-2734 | fax 206-965-3246
Spokane CC | Mailstop 1110-13



Official Credit Union of the Seattle Seahawks



**Purcell, Claudia** <Claudia.Purcell@becu.org>

to me ▾

---

**From:** Purcell, Claudia
**Sent:** Monday, December 21, 2020 12:36 PM
**To:** Hilfiker, Karlene <Karlene.Hilfiker@becu.org>
**Subject:** RE: Kudos to Claudia

Thank you so much, Karlene. I really appreciate your kind email. Indeed is not always easy but I respect and value all our members.



**Claudia Vrinceanu Purcell**

t 206.439.5700

Issaquah Neighborhood Financial Center | Mailstop 1119-18



Official Credit Union of the Seattle Seahawks

BLACK LIVES MATTER

*Please consider the environment before printing this email.*

**Exhibit E – MEMBER EXPERIENCE GRAPHIC / MAX PERFORMANCE**

==Claudia!==

■ Nelson, Brodie
Sent:   Fri 9/18/2020 9:17 AM
To:     **aaa-NFC - Issaquah**



| BR: Rep Knowledgeable | ============================ | ==10== |
| BR: Private Transaction | ============================ | ==10== |
| BR: Inquiry/Problem Resolved | ============================ | ==10== |
| BR: Feel Like a Valued Member | ============================ | ==10== |
| BR: Accessibility of Branch Network | ============================ | ==10== |

BR: Rep Informed of Other Prod/Serv    Yes    No    ✔ Do Not Recall

Brodie Nelson
Neighborhood Financial Center Manager
Issaquah Branch
*more than just money*° **BECU**
Phone 206-439-5700 | Brodie.nelson@becu.org
*Please consider the environment before printing this email*

**Exhibit F – EMAIL RECOGNITION FROM PREVIOUS MANAGER / GREAT MAX RESULTS**



- **Exhibit G – MEDICAL DOCUMENTATION OF SPIRAL FRACTURED TOE**



KING EASTSIDE CSO
PO BOX 11699
TACOMA WA 98411-6699

**RECEIVED**

**MAR 0 4 2026**

**KING EASTSIDE CSO**

*Washington State*
Department of Social
& Health Services

12/22/25

CLAUDIA PURCELL
2576 152ND AVE NE APT B105
REDMOND WA 98052-0703

Phone #
TTY/TDD # 800-833-6384
Toll Free # 877-501-2233

Client ID # 054111187

Dear CLAUDIA PURCELL

We received and processed your Mid-Certification Review. Based on our review your benefit amount changed.

Your benefit will change beginning 01/01/26.

|  | From | To |
|---|---|---|
| Basic Food Assistance (federal) | $546.00 | $298.00 |

Your food benefit will be available on day 5 of each month.

Why are my benefits changing?

**For Food:**

The number of people receiving assistance with you has changed.
See WAC rule (Washington Administrative Code):  388-400-0060, 388-400-0070, 388-408-0015, 388-408-0020, 388-408-0025, 388-408-0030, 388-408-0035

BEVERLY C PURCELL is no longer getting benefits with you because they moved out of the household.

You can check these rules online at http://apps.leg.wa.gov/wac/.

You can:
*   Apply for benefits, submit a review, or report changes at www.washingtonconnection.org.
*   Fax information to us at 888-338-7410.

Write your client ID on all copies you send us.  Your client ID is 054111187.

Call **877**-501-2233 to process an application or review, report changes, or ask questions.

0008-01 Change in Cash/Food Assistance

Client ID# 054111187

If you disagree with any of our decisions, you may ask to have the case reviewed. You can also ask for an administrative hearing. Administrative hearing rights are included in this letter.

0008-01 Changee in Cash/Food Assistance                                      Client ID# 054111187

## QUESTIONS AND ANSWERS

How do you report changes?
*   Report changes by calling 877-501-2233.

What do you need to report for food assistance between reviews?

> * When your total monthly gross income (money from all sources before deductions) goes over $1696.00.

> * When you or a member of your household wins $4500.00 or more from the lottery or other gambling activities in a single game.

When do you need to report changes?
*   For cash and food programs, you must report changes by the 10th of the next month after the change.

What happens if you don't report changes on time?
*   Your benefits could stop.
*   Your benefits could be late.
*   You could receive the wrong amount.
*   If you receive more benefits than you should, you must pay them back.

Where can you receive automated information about your case?
*   You can call The Customer Connect line in the Call Center at 1-877-501-2233.
*   When you call, be prepared to enter your Social Security number and/or client ID number, which can be found in the bottom right hand corner of this letter.

If you have any questions, please let me know.

Attachment(s):      14-113 Client Rights and Responsibilities
                     DSHS Administrative Hearing Rights

0008-01 Change in Cash/Food Assistance                          Client ID# 054111187

12/22/25   CLAUDIA PURCELL                              Seq: 00000004  Page: 04 of 08

## Food Program

**Basic Food Assistance (federal)**
This calculation is used to figure out the amount of federal food benefits your household is eligible to receive.

**Income We Count**

|  | 01/2026 |
|---|---|
| **Total Income** | $0.00 |
| **Income Limits (federal)** | $2608.00 |

|  | 01/2026 |
|---|---|
| **Deductions We Allow** |  |
| Standard deduction | $209.00 |
| Housing deduction | $744.00 |
| **Total Deductions** | $953.00 |

|  | 01/2026 |
|---|---|
| **Summary** |  |
| Total Income | $0.00 |
| Subtract Total Deductions | $953.00 |
| Income We Budget | $0.00 |

|  | 01/2026 |
|---|---|
| Benefit limit for a household of 1 | $298.00 |
| Subtract 30% of Income we budget | $0.00 |
| Subtract Overpayment deduction | $0.00 |
| **Federal Basic Food Assistance Benefit** (rounded down) | $298.00 |

9999-01 Computation                                    Client ID# 054111187

12/22/25  CLAUDIA PURCELL                              Seq: 00000005  Page: 05 of 08

## Administrative Hearing Rights

### What can you do if you disagree with our decisions?
If you disagree with the decision:
* You have a right to challenge a decision by requesting a hearing.
* You can ask for a case review by contacting the Department of Social and Health Services (DSHS).

This won't delay or replace the hearing and it could resolve the disagreement sooner.

### What is an Administrative Hearing?
An administrative hearing is an opportunity for you to challenge the department's decision about your benefits.
* If you request one, your administrative hearing will be held before an Administrative Law Judge (ALJ) from the Office of Administrative Hearings (OAH).
* The OAH is an independent and neutral state agency, which hears disputes between state agencies and the public.
* Your administrative hearing may be held in person, over the phone, or by video.

Note: You don't have administrative hearing rights if the change in your benefits was part of a mass adjustment for a group of people required by state or federal law. (RCW 74.08.080(1)(b)).

### How do you request a hearing?
To request a hearing, do one of the following:
* Call the Department of Social and Health Services (DSHS) at (877) 501-2233 or the OAH Call Center at (800) 583-8271.
* Write to:
  The Office of Administrative Hearings
  PO Box 42489
  Olympia, WA 98504-2489
* Make a request online at the OAH Website, https://oah.wa.gov, then click the **how do I request a hearing** link to get started.
* Fax your request to OAH at (360) 664-8721.
* Visit any DSHS office and make an oral request, or complete a Request for Hearing Form, or provide any other written statement for a hearing.

### How soon should you request a hearing?
A hearing should be requested within 90 days of the date on this letter. After 90 days, your hearing request may be accepted only if an ALJ determines you had good cause for not requesting your hearing within 90 days.

### Can your benefits continue during the hearing process?
If this letter changes or stops your benefits, you may still receive them while you wait for your hearing.
A hearing specialist will review your case and issue continued benefits if you are eligible.
* You must ask for the hearing before your benefits change, end, or within 10 days of the date of this letter, whichever is later, for the department to consider continued benefits.
* If you don't want continued benefits, contact DSHS.
* Food assistance can only continue until your next review and denied benefits can't be continued.

### Who may represent you at the hearing?
You may represent yourself, a lawyer may represent you, or any other person you choose may represent you at your own expense.

Administrative Hearing Rights                                    Client ID# 054111187

**What if you can't afford legal advice?**
Free legal assistance may be available. You can:
* Apply online at https://nwjustice.org/apply-online.
* If you're under the age of 60, call CLEAR at 1-888-201-1014.
* If you're age 60 or over, call CLEAR Senior at 1-888-387-7111.
* If you live in King County, call the Northwest Justice Project at (206) 464-1519.
* Legal Information is also available at www.WashingtonLawHelp.org

**What if you lose your hearing?**
You may have to repay some or all of the continued benefits you received, pending the outcome of your hearing.
* Cash: benefits issued for the first two full months (WAC 388-410-0001).
* Food: benefits issued through the end date of the original certification date or hearing decision, whichever is sooner (WAC 388-458-0040).
* Medical: benefits issued up to the end date of the original certification date or hearing decision, whichever is sooner (WAC 182-519-0100).
If the hearing decision supports the Department's action, then the continued benefits paid pending the administrative hearing may become an overpayment to you (WAC 388-458-0040). You may have the right to appeal the judge's decision.

**Non-Discrimination Statement:**
The department isn't allowed to discriminate in any program or activity. No one can be excluded from any program because of race, color, national origin, place of birth, religion, sex, (including gender identity), sexual orientation, disability, marital status, age, political beliefs, or reprisal or retaliation for prior civil rights activity.

Administrative Hearing Rights                                      Client ID# 054111187

12/22/25  CLAUDIA PURCELL                                    Seq:  00000007  Page:  07 of 08

**Washington State Department of Social & Health Services**
*Transforming lives*

# Your Cash and Food Assistance Rights and Responsibilities

| CLIENT NAME (HEAD OF HOUSEHOLD) |
|---|
| CLIENT ID NUMBER |

## Your Responsibilities (You Must)

- **Give us the information we need to decide if you are eligible.**
- **Give us proof when it is needed.** We may be able to get it for you. The information that you give the department is subject to verification by federal and state officials. Verification can include follow-up contacts from department staff including fraud investigators.
- **Information reported to the Department of Social and Health Services** may affect eligibility for health care coverage administered by the Health Care Authority and the Health Benefit Exchange.
- **Report changes** (e.g. address, income, etc.) as required in WAC 388-418-0005. Report them by the 10th of the next month.
- **Cooperate with the Division of Child Support (DCS)** if you accept a TANF grant. You must help DCS establish, modify, or enforce child support for the child(ren) in your care, and establish paternity (if necessary). You may refuse to cooperate with DCS if you can show that you have a good reason to believe that cooperating with DCS puts you, your children, or the children in your care at risk of harm from the noncustodial parent.
- **Apply for** and make a reasonable effort to get potential income from other sources when you ask for or receive cash assistance.
- **Complete required reports and reviews.**
- **Follow work requirements** for cash assistance and food assistance.
- **Tell us** if you want someone else to use your food assistance on your behalf.
- **Cooperate with our Quality Control reviews.**
- **Use food assistance** only to buy food for the members of your household.
- **Use cash assistance** only for the benefit of members of your household.
- **You must provide Social Security Numbers** (SSN) or immigration status only for people applying for assistance. If you choose not to give SSNs or immigration status for non-applying household members, all household members' income and resources must still be verified, if needed, to determine eligibility.

## Your Rights (We Must)

- **Accept an application** with your name, address, and signature or the signature of your authorized representative.
- **Help you fill out DSHS forms.**
- **Process** your request for food assistance within 7 days if you qualify for expedited service.
- **Give you a receipt** if you ask for one when you provide documents.
- Give you a written decision, in most cases, within 30 days.
- **You may refuse to speak to a Fraud Early Detection** (FRED) investigator from the Office of Fraud and Accountability. You do not have to let the investigator into your home. You may ask the investigator to come back at another time. This will not affect your eligibility for assistance.
- **You may ask for an administrative hearing** if you disagree with a decision the department makes on my case. You may also ask a supervisor or administrator to review the disputed decision or action without affecting your rights to an administrative hearing.
- **We must inform you** of the 60-month time limit rule under the Temporary Assistance for Needy Families (TANF) program. This time limit does not apply to your Basic Food, or child care subsidies.

## Things You Should Know About your EBT Card

- **Misuse of Benefits:** Food and cash benefits distributed through the EBT card will provide DSHS with a history of transactions where you have used your benefits. The department will use transaction information in investigations of misuse of cash assistance benefits or the exchange of food assistance benefits for cash or other items of value (trafficking).
- **EBT card replacement:** We may charge for replacement EBT cards. Keep your EBT card and your personal identification number (PIN) safe and secure.
- **High Balance EBT Cards:** If you do not use your benefits for months at a time or accumulate a high balance after several months, we may contact you to review your situation or your need for benefits.

DSHS 14-113 (REV. 04/2023)            YOUR CASH AND FOOD RIGHTS AND RESPONSIBILITIES PAGE 1 OF 2

Client ID# 054111187

12/22/25  CLAUDIA PURCELL                                    Seq: 00000008  Page: 08 of 08

## Things You Should Know (Basic Food)

- **We do send information** about persons applying for Basic Food to other Federal agencies to check that the information is correct. If any information is incorrect, the persons who apply may not get Basic Food. If a person provides information that they know is incorrect, they could be criminally prosecuted. Penalties for intentionally breaking Basic Food rules vary from disqualification from the program, to fines, or possibly imprisonment.
- **If you sell, attempt to sell, exchange or donate your food assistance** for anything of value such as cash, drugs, weapons, or anything other than food from an authorized retailer (trafficking), you may be disqualified from receiving food assistance benefits for a minimum period of one year up to a maximum lifetime disqualification on the first offense. This disqualification continues even if you leave the State of Washington and apply for benefits in another state.
- **If you are required to participate in Basic Food work requirements**, and fail to participate, you can be disqualified for one month and until you comply with work requirements for the first failure; three months and until you comply for the second failure; and six months and until you comply for the third time and each time thereafter.
- **You may be removed from the Basic Food program** for breaking a Basic Food program rule as described in the Basic Food penalty warning listed on this page.
- **Report household expenses if you want the department to include these costs for Basic Food.** If you don't report and provide proof of these expenses, then you are stating you don't want us to use these expenses to decide if you can get more Basic Food.

## Things You Should Know (Cash)

- **By getting Temporary Assistance for Needy Families (TANF)** you assign your child and spousal support rights to the Division of Child Support. This means that DCS may keep support owed to you, up to the amount of the public assistance that you received. **You must tell DCS immediately if you received child support payments or benefits f**or the child while on TANF.
- **If you stop getting TANF** you must tell DCS about any changes that affect child support, such as the child moved or my address changed.
- **If you get TANF, you may ask for extra money** to help pay for temporary emergency housing costs.

In accordance with federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, this institution is prohibited from discriminating on the basis of race, color, national origin, sex (including gender identity and sexual orientation), religious creed, disability, age, political beliefs, or reprisal or retaliation for prior civil rights activity.

Program information may be made available in languages other than English. Persons with disabilities who require alternative means of communication to obtain program information (e.g., Braille, large print, audiotape, American Sign Language), should contact the agency (state or local) where they applied for benefits. Individuals who are deaf, hard of hearing or have speech disabilities may contact USDA through the Federal Relay Service at (800) 877-8339.

To file a program discrimination complaint, a Complainant should complete a Form AD-3027, USDA Program Discrimination Complaint Form which can be obtained online at: https://www.usda.gov/sites/default/files/documents/ad-3027.pdf, from any USDA office, by calling (833) 620-1071, or by writing a letter addressed to USDA. The letter must contain the complainant's name, address, telephone number, and a written description of the alleged discriminatory action in sufficient detail to inform the Assistant Secretary for Civil Rights (ASCR) about the nature and date of an alleged civil rights violation. The completed AD-3027 form or letter must be submitted to:

1. **Mail:**    Food and Nutrition Service, USDA
   1320 Braddock Place, Room 334
   Alexandria VA  22314;
2. **Fax:**    (833) 256-1665 or (202) 690-7442; or
3. **Email:**    mailto:FNSCivilRightsComplaints@usda.gov

This institution is an equal opportunity provider.

By signing below, I am stating I have had my rights and responsibilities on receiving DSHS benefits and programs explained to me. I understand if I refuse to sign this document it does not affect my eligibility but I am still held responsible for program requirements and subject to program or criminal penalties that apply.

| APPLICANT'S SIGNATURE | DATE | CO-APPLICANT'S SIGNATURE | DATE |
|---|---|---|---|
| | | | |

DSHS STAFF ACES ID:                                                    ☐ Refused to sign.

**DSHS 14-113 (REV. 04/2023)**          YOUR CASH AND FOOD RIGHTS AND RESPONSIBILITIES PAGE 2 OF 2

Client ID# 054111187

08/11/25  CLAUDIA PURCELL                                    Seq: 00000001  Page: 01 of 09

Exhibit H – DSHS Financial Documentation (Proof of Eligibility / Stamped Document)

KING EASTSIDE CSO
PO BOX 11699
TACOMA WA 98411-6699


Washington State
Department of Social
& Health Services

C.P.

                                                              Phone #
                                              TTY/TDD # 800-833-6384
                                               Toll Free # 877-501-2233

08/11/25                        RECEIVED        Client ID # 054111187

CLAUDIA PURCELL                 MAR 0 4 2026
2576 152ND AVE NE APT B105
REDMOND WA 98052-0703           KING EASTSIDE CSO


Dear CLAUDIA PURCELL

In Reference to: CLAUDIA PURCELL

You will receive the following benefits:

|  | Begin Date | End Date |
|---|---|---|
| Housing and Essential Needs (HEN) Referral | 08/05/25 | 07/31/26 |

| First Issuance | Second Issuance | Future Issuances |
|---|---|---|

Your cash benefit will be available on day 1 of each month.

We will review your incapacity in 07/2026.

You can:
* Apply for benefits, submit a review, or report changes at www.washingtonconnection.org.
* Fax information to us at 888-338-7410.

Write your client ID on all copies you send us.  Your client ID is 054111187.

To contact a WorkFirst case manager or social worker, call 877-501-2233.

Call 877-501-2233 to process an application or review, report changes, or ask questions.

If you disagree with any of our decisions, you may ask to have the case reviewed. You can also ask for an administrative hearing. Administrative hearing rights are included in this letter.

Attachment(s):     DSHS Administrative Hearing Rights
                   14-076 Change of Circumstances

Insert(s):         Postage Paid Return Envelope - CSD


0002-01 Approval Letter                              Client ID# 054111187

## QUESTIONS AND ANSWERS

It is against the law to use your EBT card or cash from your EBT card to purchase the following items:

* Alcohol.
* Cigarettes and tobacco products.
* Tattoos or body piercings.

It is also against the law to use your EBT card or cash from your EBT card for the following purposes:

* Gambling.
* Making purchases or participating in activities at:
    o Any establishment where persons under 18 are not permitted.
        * Including marijuana retailers where marijuana and/or marijuana-based products are sold.
    o Bail bond agencies.
    o Nightclubs.
    o Beer/wine specialty stores unless the store is an authorized SNAP or WIC retailer.

More specific information about improper use of your EBT card is available in WAC 388-412-0046.

What happens if you use your EBT card or cash from your EBT card for illegal purposes? We could:

* Take legal action.
* Assign a protective payee.
* Stop your cash assistance.

What do you need to know about your Services Card?
* Each person receives their own Services Card.
* Providers may ask to see your card but a card isn't required to access health care services.
* Keep and use the same card even if your health care coverage changes.
* We'll mail your Services Card to you if you don't already have one.
* You can request replacement cards at http://hrsa.dshs.wa.gov/contact/default.aspx or by calling 1-800-562-3022.

What do you need to report for cash assistance between reviews?
* When you move.
* When someone moves out of your home.
* When your total gross monthly income (money from all sources before deductions) goes over .
* When your total liquid resources (such as cash, bank accounts, stocks, or bonds) are worth more than $12000.
* When you have a change in employment.
* When you get a job or change employers.
* When you change from part-time to full-time or full-time to part-time.

0002-01 Approval Letter                                        Client ID# 054111187

08/11/2... SEAGDIA PURCELL    Seq: 00000003  Page: 03 of 09

* When you change in your hourly wage rate or salary.
* When you stop working.

How do you report changes?
* Report changes by calling 877-501-2233.

When do you need to report changes?
* For cash and food programs, you must report changes by the 10th of the next month after the change.

What happens if you don't report changes on time?
* Your benefits could stop.
* Your benefits could be late.
* You could receive the wrong amount.
* If you receive more benefits than you should, you must pay them back.

When will we review your case?

* An eligibility review form will be sent before your benefits stop.

* Your incapacity review is due on 07/31/26.

What is the difference between an incapacity review and an eligibility review?
* Your financial worker reviews your current situation using your eligibility review.
* Your social worker reviews your new medical report from your doctor at your incapacity review.
* These reviews can happen at different times.

0002-01 Approval Letter                                Client ID# 054111187

## Cash Programs

### Resources Considered

|  | 08/2025 | 09/2025 |
|---|---|---|
| CLAUDIA PURCELL<br>-CHECKING ACCOUNT | $50.00 | $50.00 |

|  | 08/2025 | 09/2025 |
|---|---|---|
| **Total Resources** | $50.00 | $50.00 |

Resource Limit $12000.00

|  | 08/2025 | 09/2025 |
|---|---|---|
| **Total Income** | $0.00 | $0.00 |

| Income Limits | $0.00 |  |
|---|---|---|

|  | 08/2025 | 09/2025 |
|---|---|---|
| **Summary** |  |  |
| Total Income | $0.00 | $0.00 |
| Subtract Total Deductions | $0.00 | $0.00 |
| Income We Budget | $0.00 | $0.00 |

|  | 08/2025 | 09/2025 |
|---|---|---|
| Grant Standard for a household of 1 | $0.00 | $0.00 |
| Subtract the income we budget | $0.00 | $0.00 |
| Subtract overpayment deduction | $0.00 | $0.00 |
| Subtract sanction deduction | $0.00 | $0.00 |
| **Cash Benefit**<br>(rounded down) | $0.00 | $0.00 |

9999-01 Computation                                                    Client ID# 054111187

| Change of Circumstances | YOUR NAME | CLIENT ID OR SOCIAL SECURITY NUMBER |
|---|---|---|

Washington State Department of Social & Health Services *Transforming lives*

Read all sections carefully. **Check all boxes that apply to your household.** Sign, date, and return this form to your local office. If you have any questions, or if you need a postage paid envelope to return this form by mail, contact your local office.

**Your Responsibilities:** If your household gets cash, Basic Food, or medical assistance, you must report changes as described under WAC 388-418-0005, 182-504-0105 and 182-504-0110 based on the benefits you receive. For cash and food assistance programs, you must tell us about these changes by the 10th day of the month after the date the change happened. For medical assistance, you must tell us within 30 days of when the change happened. If you tell us about a change that you do not have to tell us about, we must look at how this impacts your benefits. This may result in fewer benefits, or your benefits may end. For Basic Food, if you voluntarily report a move to a new residence, you must also report your new shelter costs in Section 2, even if you have not been billed for them yet. If you do not give us your new shelter costs, we will use $0. This could cause you to receive fewer benefits.

**1. ☐ My address changed.**

☐ I moved. Date of move: _____     ☐ My mailing address changed.   ☐ I am homeless.

| My new living address is: APARTMENT NUMBER (IF ANY) | My new mailing address (if different) is: APARTMENT NUMBER (IF ANY) |
|---|---|
| CITY          STATE     ZIP CODE | CITY          STATE     ZIP CODE |

**2. ☐ My shelter costs changed.**

For Basic Food, report only if you have an increase or you move to a new residence. Report any other changes in shelter costs at your next mid-certification or eligibility review. Check all that apply.

| ☐ I am renting. | ☐ I am buying. | ☐ I am on subsidized housing. |
|---|---|---|
| MONTHLY RENT AMOUNT $          YOUR SHARE, IF DIFFERENT $ | MONTHLY MORTGAGE AMOUNT $ | MONTHLY PAYMENT AMOUNT (LIST YOUR SHARE ONLY) $ |

I pay separately for (check all that apply):

☐ Heating / cooling costs    ☐ Telephone         ☐ Home insurance        ☐ Property taxes
I pay: $_____       I pay: $_____   I pay: $_____   I pay: $_____
per month.                   per month.               per month.               per month.

**3. ☐ Someone moved in or out of my home. Check all that apply and indicate the date of move.**

☐ Someone moved INTO my home. Date: _____
List all who moved in (including newborns):

| NAME(S) | SEX | RELATIONSHIP TO ME | SOCIAL SECURITY NUMBER |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

I purchase and prepare meals with my roommates (check box that applies):
☐ Yes    ☐ No

I want to include someone in my:
☐ Cash   ☐ Basic Food   ☐ Child care   ☐ Medical Assistance

If so, who? List names: _____

☐ Someone moved OUT OF my home. Date: _____
List all who moved out:

| NAME(S) | RELATIONSHIP TO ME |
|---|---|
|  |  |
|  |  |
|  |  |

I expect the person(s) will move back in with me (check box that applies):  ☐ Yes    ☐ No

I want to include someone in my:
☐ Cash   ☐ Basic Food   ☐ Child care   ☐ Medical Assistance

If so, who? List names: _____

**4. ☐ My household's resources changed. I or someone in my household got (check all that apply):**

☐ A bank account (check all that apply): ☐ Checking   ☐ Savings   ☐ CD's   ☐ Money Market
Amount in account: $_____  Date account opened: _____
☐ A vehicle: Year: _____ Make: _____ Model: _____ Date received: _____
☐ A tax refund: $_____   Date received: _____
How much was Earned Income Tax Credit (EITC): $_____
☐ A lump sum (includes retroactive benefits, settlements, or an inheritance): _____
☐ Other resources (list): _____                        Date received: _____

DSHS 14-076 (REV. 09/2023)

Client ID# 054111187

**5.** ☐ **My household's income has changed.** Examples of income include earnings or wages from a job or self-employment, unemployment benefits, Social Security, SSI, Labor and Industries (L&I), child support, veterans benefits (VA), gifts, or loans. Check all that apply.

☐ Income or Job **STARTED**. Date income started: _____ Who's income started: _____
Gross amount (before taxes): $_____ per ☐ hour ☐ month ☐ Full-time ☐ Part-time
Income type: _____ Name of employer (if any): _____
Date(s) person gets income (i.e., 1st and 15th of each month or every Friday): _____

☐ Income or Job **ENDED**. Date income stopped: _____ Who's income stopped: _____
Reason why income stopped: _____

☐ Income or Job **INCREASED**. Date income increased: _____ Who's income started: _____
Gross amount (dollar amount before taxes) $_____ per ☐ hour ☐ month
Income type: _____ Name of employer (if any): _____
If working, is this a change from part-time to full-time? ☐ Yes ☐ No

☐ Income or Job **DECREASED**. Date decreased started: _____ Who's income started: _____
Gross amount (dollar amount before taxes): $_____ per ☐ hour ☐ month
Income type: _____ Name of employer (if any): _____

**6.** ☐ **My household has other changes.** Check all that apply. Unverified changes in deductions that might cause an increase in benefits will not be updated until your next review unless we receive verifications of the change.

☐ My childcare (babysitting) costs changed from: $_____ / month to $_____ / month.
☐ Pregnancy started for: _____; Expected due date: _____.
☐ Pregnancy ended for: _____; Date pregnancy ended: _____.
☐ Child support payments changed from: $_____ / month to $_____ / month.
Who pays: _____
☐ Medical expenses increased from: $_____ / month to $_____ / month.
Who pays: _____
☐ Marital status changed for: _____ ☐ Married ☐ Divorced ☐ Separated ☐ Widowed
☐ Private medical coverage ended for: _____; Date coverage ended: _____
☐ Private medical coverage began for: _____; Date coverage began: _____
List insurance company name and phone number if coverage ended or began:
☐ I received a Low Income Home Energy Assistance Act (LIHEAA) payment in the past 12 months.
Amount: _____
☐ Lottery or gambling winnings of $4,250 or more (dollar amount before taxes): $_____
Who: _____; Date received: _____

OTHER CHANGES (DESCRIBE)

### Food Assistance Penalty Warning

We check with other agencies that your information is correct. If any information is incorrect, the persons who apply may not get Food Assistance.
Any member who breaks any of the rules on purpose can be:

- Subject to prosecution under other applicable Federal and State laws
- Disqualified from SNAP for one year up to permanently
- Fined up to $250,000
- Imprisoned up to 20 years; or
- Disqualified from SNAP for an additional 18 months if court ordered.

If a court finds you guilty of:

| Receiving benefits in a transaction involving: | You may be: |
| --- | --- |
| The sale of a controlled substance | Disqualified from two years to permanently. |
| The sale of firearms, ammunition, or explosives | Permanently disqualified. |
| Trafficking benefits of more than $500 combined | Permanently disqualified. |
| Residency or identity fraud | Disqualified for 10 years |

DSHS 14-076 (REV. 09/2023)

Client ID# 054111187

| Voter Registration |
|---|
| The Department offers voter registration services as required by the National Voter Registration Act of 1993. Applying to register or declining to register to vote will not affect the services or amount of benefits that you may be provided by this agency.  If you would like help in filling out the voter registration form, we will help you.  The decision whether to seek or accept help is yours.  You may fill out the voter registration form in private. If you believe that someone has interfered with your right to register or to decline to register to vote, your right to privacy in deciding whether to register or in applying to register to vote, or your right to choose your own political party or other political preference, you may file a complaint with: Washington State Elections Office PO Box 40229, Olympia, WA 98504-0229 (1-800-448-4881). |

Do you want to register to vote or update your voter registration?  ☐ Yes  ☐ No

If you do not check either box, you will be considered to have decided not to register to vote at this time.

| Declaration and Signature |
|---|
| I state under penalties of perjury that the information I give is true and complete to the best of my knowledge.  I understand that if I give false, misleading, or incomplete information, I may be penalized under law (RCW 74.08.055 and RCW 74.08.331).  I understand that the information I give is subject to verification and agree to provide the verification.  If I can't provide the needed proof, I authorize DSHS to contact other persons or agencies to get the proof on my behalf. My signature on this form means that I have reported all changes that I must report. |

| SIGNATURE | DATE | TELEPHONE NUMBER |
|---|---|---|
| SIGNATURE OTHER ADULT HOUSEHOLD MEMBER OR REPRESENTATIVE | DATE | TELEPHONE NUMBER |

DSHS 14-076 (REV. 09/2023)

Client ID# 054111187

## Administrative Hearing Rights

**What can you do if you disagree with our decisions?**

If you disagree with the decision:
* You have a right to challenge a decision by requesting a hearing.
* You can ask for a case review by contacting the Department of Social and Health Services (DSHS).

This won't delay or replace the hearing and it could resolve the disagreement sooner.

**What is an Administrative Hearing?**

An administrative hearing is an opportunity for you to challenge the department's decision about your benefits.
* If you request one, your administrative hearing will be held before an Administrative Law Judge (ALJ) from the Office of Administrative Hearings (OAH).
* The OAH is an independent and neutral state agency, which hears disputes between state agencies and the public.
* Your administrative hearing may be held in person, over the phone, or by video.

Note: You don't have administrative hearing rights if the change in your benefits was part of a mass adjustment for a group of people required by state or federal law. (RCW 74.08.080(1)(b)).

**How do you request a hearing?**

To request a hearing, do one of the following:
* Call the Department of Social and Health Services (DSHS) at (877) 501-2233 or the OAH Call Center at (800) 583-8271.
* Write to:
  The Office of Administrative Hearings
  PO Box 42489
  Olympia, WA 98504-2489
* Make a request online at the OAH Website, https://oah.wa.gov, then click the **how do I request a hearing** link to get started.
* Fax your request to OAH at (360) 664-8721.
* Visit any DSHS office and make an oral request, or complete a Request for Hearing Form, or provide any other written statement for a hearing.

**How soon should you request a hearing?**

A hearing should be requested within 90 days of the date on this letter. After 90 days, your hearing request may be accepted only if an ALJ determines you had good cause for not requesting your hearing within 90 days.

**Can your benefits continue during the hearing process?**

If this letter changes or stops your benefits, you may still receive them while you wait for your hearing.
A hearing specialist will review your case and issue continued benefits if you are eligible.
* You must ask for the hearing before your benefits change, end, or within 10 days of the date of this letter, whichever is later, for the department to consider continued benefits.
* If you don't want continued benefits, contact DSHS.
* Food assistance can only continue until your next review and denied benefits can't be continued.

**Who may represent you at the hearing?**

You may represent yourself, a lawyer may represent you, or any other person you choose may represent you at your own expense.

Administrative Hearing Rights                                           Client ID# 054111187

## What if you can't afford legal advice?
Free legal assistance may be available. You can:
* Apply online at https://nwjustice.org/apply-online.
* If you're under the age of 60, call CLEAR at 1-888-201-1014.
* If you're age 60 or over, call CLEAR Senior at 1-888-387-7111.
* If you live in King County, call the Northwest Justice Project at (206) 464-1519.
* Legal Information is also available at www.WashingtonLawHelp.org

## What if you lose your hearing?
You may have to repay some or all of the continued benefits you received, pending the outcome of your hearing.
* Cash: benefits issued for the first two full months (WAC 388-410-0001).
* Food: benefits issued through the end date of the original certification date or hearing decision, whichever is sooner (WAC 388-458-0040).
* Medical: benefits issued up to the end date of the original certification date or hearing decision, whichever is sooner (WAC 182-519-0100).

If the hearing decision supports the Department's action, then the continued benefits paid pending the administrative hearing may become an overpayment to you (WAC 388-458-0040). You may have the right to appeal the judge's decision.

## Non-Discrimination Statement:
The department isn't allowed to discriminate in any program or activity. No one can be excluded from any program because of race, color, national origin, place of birth, religion, sex, (including gender identity), sexual orientation, disability, marital status, age, political beliefs, or reprisal or retaliation for prior civil rights activity.

Administrative Hearing Rights

Client ID# 054111187